IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                              Case No. 4:12-cr-40026

WALTER RICHARD ROBERTS                                                              DEFENDANT

## ORDER

Before the court is the Report and Recommendation filed February 12, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 38). Judge Bryant recommends that Defendant's motion for Review of Sentence Pursuant to 18 U.S.C. § 3742 (ECF No. 32) be denied for lack of jurisdiction. Judge Bryant also recommends that Defendant's Motion for Certification (ECF No. 34) and Motion Requesting a Hearing (ECF No. 35) be denied because these challenges would be more appropriately addressed in a proceeding brought under 28 U.S.C. § 2255. Judge Bryant further recommends that Defendant be advised that his claims presented in the three instant motions may be considered by the Court in a properly filed motion to Vacate, Correct, or Set Aside Sentence Pursuant to 28 U.S.C. § 2255. Defendant has filed objections to the Report and Recommendation. (ECF No. 39). After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

Defendant makes several objections regarding the recommended denial of his Motion to Review Sentence Pursuant to 18 U.S.C. § 3742 (ECF No. 32). However, none of Defendant's objections are directly responsive to Judge Bryant's Report and Recommendation. Defendant makes

no objections to Judge Bryant's recommendation that Defendant's Motion for Certification be denied. (ECF No. 34). Likewise, Defendant makes no objection to Judge Bryant's recommended denial of the Motion Requesting a Hearing. (ECF No. 35).

Given the nature of these claims, the Court agrees with Judge Bryant that a Motion under 28 U.S.C. § 2255 would be more appropriate in this situation. As Judge Bryant explained, § 2255 motions have consequences that should be analyzed and contemplated by a defendant before filing. The Court would like to give Defendant the opportunity to fully prepare the § 2255 claims so that they may be considered by the Court.

The Court overrules Defendant's objections and adopts Judge Bryant's Report and Recommendation. For the reasons stated herein and above, as well as those contained in the Report and Recommendation (ECF No. 38), Defendant's Motion for Review of Sentence Pursuant to 18 U.S.C. § 3742 (ECF No. 32), Motion for Certification (ECF No. 34), and Motion for Hearing (ECF No. 35) are **DENIED**.

Defendant filed two additional motions after filing objections to the Report and Recommendation. These filings included a Motion to Request Judgment on the Merits Pursuant to Fed. R. Civ. P. Rule 12(c) (ECF No. 40) and a Motion to Vacate Federal Judgment/Conviction (ECF No. 42). After reviewing these motions, the Court finds that they would also be more appropriately raised in a motion under 28 U.S.C. § 2255. Accordingly, Defendant's Motion to Request Judgment on the Merits Pursuant to Fed. R. Civ. P. Rule 12(c) (ECF No. 40) and Motion to Vacate Federal Judgment/Conviction (ECF No. 42) are **DENIED**.

Defendant is advised to re-file all of these claims in a Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255. The Clerk is directed to mail Defendant the appropriate

§ 2255 forms. Defendant must file any § 2255 motion on or before October 30, 2015. If Defendant chooses to file a § 2255 motion, the filing will relate back to the November 13, 2014 filing date of the Motion to Review Sentence. (ECF No. 32).

Pursuant to 28 U.S.C. § 1915(a), the Court finds that an appeal from the denials above would not be taken in good faith.

IT IS SO ORDERED, this 19th day of August, 2015.

    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge