IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                        Case No. 4:12-cr-40026

WALTER RICHARD ROBERTS                                                          DEFENDANT

### ORDER

Before the Court is Defendant's Notice of Objection (ECF No. 49) and Supplement (ECF No. 51). On August 27, 2015, Defendant filed a Notice of Appeal as to this Court's Order adopting Judge Bryant's Report and Recommendation. (ECF Nos. 38, 44-45). On September 2, 2015, the Eighth Circuit Court of Appeals requested that any portions of the original record which are not available in an electronic format be provided to them. (ECF No. 48). On October 15, 2015 (ECF No. 50), the Clerk's office submitted the following records which are not available in electronic format: Statement of Reasons (ECF No. 22), Presentence Investigation Report (ECF No. 16), and Sentencing Recommendation (ECF No. 17).[1] As of October 15, the Eighth Circuit has access to the complete record in this case.

On October 15 and October 28, Defendant filed objections stating that this Court failed to send the entire record in this case. Specifically, Defendant makes reference to the following documents: (1) "statements, interviews, and/or affidavits of Kevin Edmondson (Tyler Jones)"; (2) "taped Statement of interview conducted by Det. Haak, F.B.I. Clift Carruth"; and (3) "this Court's

---

[1] The Court notes that these documents had previously been submitted to the Eighth Circuit when Defendant directly appealed his sentence in June 2013. (ECF Nos. 23-24, 30).

order to appoint Investigator to investigate this criminal case for possible defenses, pursuant to 18 U.S.C. § 3006A." (ECF No. 51, p. 1-2).

The Court has reviewed Defendant's objections and finds them to be without merit. The Court assures Defendant that the Eighth Circuit Court of Appeals now has access to every document that is a part of the record in this case. The Court would like to remind Defendant that interviews and statements taken by law enforcement do not become part of the record in a case unless those materials are actually submitted to the Court during criminal proceedings. The Court has reviewed the record and has found that the materials Defendant references in his objections were not submitted to the Court and, therefore, are not a part of the record in this case. Once again, all materials that were on the record before this Court have been submitted to the Eighth Circuit, and this Court does not have access to any documents that are not on the record.

IT IS SO ORDERED, this 29th day of October, 2015.

    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge