IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **RESPONDENT** |
| v.   No. 4:12-cr-40026-SOH-BAB | |
|      No. 4:16-cv-4012-SOH-BAB | |
| **WALTER RICHARD ROBERTS** | **MOVANT** |

### ORDER

**BEFORE** the Court is Movant's Motion to Compel Attorney of Record to Surrender Case File. ECF No. 53. The Government has not responded. This matter has been referred to the undersigned for decision.

Movant was represented in this matter by Mr. Craig L. Henry. Mr. Henry is a member of this Court's Criminal Justice Act panel of attorneys and was appointed by the court to represent Movant. Movant seeks "an ORDER compelling Attorney of Record, to surrender the case file he created in representing the Defendant." ECF No. 53, p. 1.

Movant was charged and convicted of knowingly transporting a minor in interstate commerce with the intent to engage in sexual conduct. While Movant is not entitled to counsel's original file, he is entitled to a copy of his counsel's file, to the extent disclosure of those materials does not violate the law.

**IT IS ORDERED**, **on or before February 26, 2016, Mr. Craig L. Henry, is directed to provide a copy of the file he maintained in his representation of Movant in the underlying criminal matter to the Movant**. Mr. Henry may mail this copied material to the address Movant has provided to the Court in this matter:

>   **Walter Richard Roberts**, #11123-010
>   OAKDALE-FCI
>   FEDERAL CORRECTIONAL INSTITUTION
>   Inmate Mail/Parcels
>   P.O. BOX 5000
>   OAKDALE, LA 71463

Mr. Henry is not obligated to provide copies of any material that would be a violation of law. In the event Mr. Henry fails to provide a copy of the entire file, he shall submit a report *in camera* to the undersigned, within ten (10) days of his delivery of the other parts of the file to Movant, detailing what material was not copied and provided to the Movant.

    **ENTERED** this **2nd day of February 2016.**

>       /s/ Barry A. Bryant
>   HON. BARRY A. BRYANT
>   UNITED STATES MAGISTRATE JUDGE