IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                RESPONDENT

v.          No. 4:12-cr-40026-SOH-BAB
            No. 4:16-cv-4012-SOH-BAB

WALTER RICHARD ROBERTS                                                                    MOVANT

## ORDER

**BEFORE** the Court is the Motion for Reconsideration filed herein by Mr. Craig L. Henry, Movant's trial counsel in this matter. ECF No. 59. On February 2, 2016, I entered an Order directing Mr. Henry to "to provide a copy of the file he maintained in his representation of Movant in the underlying criminal matter to the Movant. Mr. Henry may mail this copied material to the address Movant has provided to the Court in this matter." ECF No. 58. Mr. Henry in his Motion asks that I reconsider this prior Order and relieve him of the obligation it imposed.

I have reviewed the Motion to Reconsider and the accompanying exhibits. It is apparent Mr. Henry has previously fulfilled his obligations to Movant and provided all information requested by Movant on not less than two occasions. The Motion for Reconsideration (ECF No. 59) filed herein by Mr. Craig L. Henry is **GRANTED**. Mr. Henry is relieved of any further obligation in this regard.

**ENTERED** this **18th day of February 2016.**

                                                           /s/ Barry A. Bryant
                                                          HON. BARRY A. BRYANT
                                                          UNITED STATES MAGISTRATE JUDGE