IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

v.                           Case No. 4:12-cr-40026

WALTER RICHARD ROBERTS                                                    MOVANT

### ORDER

Before the Court is Walter Richard Roberts' Motion to Waive Forfeiture of Right to File and Receive FOIA Requests. (ECF No. 92). The Court finds that no response is necessary and that this matter is ripe for consideration.

On August 22, 2012, Roberts was indicted for transporting a minor in interstate commerce with intent to engage in criminal sexual activity. (ECF No. 1). Initially, Roberts pleaded not guilty to the Indictment. However, on November 1, 2012, Roberts appeared with counsel for a change of plea hearing. (ECF No. 13). There, Roberts pleaded guilty to the Indictment, pursuant to a written Plea Agreement. (ECF No. 14). Roberts' Plea Agreement contained a section entitled "**WAIVER OF ACCESS TO RECORDS**." (ECF No. 14, p. 7). Under this provision of the Plea Agreement, Roberts waived his right to submit Freedom of Information Act ("FOIA") requests. *Id*.

On March 19, 2019, Roberts moved the Court to set aside the Waiver of Access to Records provision contained in his Plea Agreement. (ECF No. 86). Specifically, Roberts argued that it was solely within the Court's discretion to restore his right to submit FOIA requests. (ECF No. 86, p. 1). On May 14, 2019, the Court entered an Order denying Roberts' motion, finding that the Waiver of Access to Records provision of the Plea Agreement was valid and binding on Roberts.

(ECF No. 89). On May 29, 2019, Roberts filed a Motion to Alter or Amend Judgment pursuant to Rule 59(e), arguing that the Court should amend its previous ruling and restore his right to submit FOIA requests. (ECF No. 90). On June 11, 2019, the Court entered an Order denying the Rule 59(e) motion, finding that Roberts had not demonstrated any manifest error of law or fact that warranted amending its previous ruling.

On June 20, 2019, Roberts filed the instant motion, moving that the Court restore his FOIA rights—the same relief the Court has denied twice. For the reasons discussed in the Court's previous orders (ECF Nos. 89; 91), Roberts' Motion to Waive Forfeiture of Right to File and Receive FOIA Requests (ECF No. 92) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 24th day of June, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge